# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

**CHIARA RYDER,**

      Plaintiff,

    v.

**ALKO 500 LLC; ALKO HOTELS LLC; ALKO HOTELS MANAGEMENT LLC; KOMAL PATEL; ALPESH PATEL; DHRUTI PATEL; MICHAEL FEAR; SHAILEY DOE; TY MERLOCK; JOHN/JANE DOES 1-10; HILTON WORLDWIDE HOLDINGS, INC.,**

      Defendants.

No. 6:25-cv-01636-AP

**ORDER**

AIKEN, District Judge.

This case comes before the Court on a Findings and Recommendation ("F&R") filed by Magistrate Judge Amy Potter. ECF No. 12. Judge Potter recommends that the Complaint be dismissed without further leave to amend.

Under the Federal Magistrates Act, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If a party files objections to a magistrate judge's findings and recommendations, "the court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

For those portions of a magistrate judge's findings and recommendations to which neither party has objected, the Act does not prescribe any standard of review. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting [the Act], intended to require a district judge to review a magistrate's report to which no objections are filed."). Although no review is required in the absence of objections, the Magistrates Act "does not preclude further review by the district judge[] *sua sponte . . .* under a *de novo* or any other standard." *Id.* at 154. The Advisory Committee Notes to Fed. R. Civ. P. 72(b) recommend that "[w]hen no timely objection is filed," the court should review the recommendation for "clear error on the face of the record."

In this case, had filed Objections, ECF No. 14, and the Court has undertaken *de novo* review of the objected-to portions of the F&R. The Court has reviewed the F&R and the record and finds no error. The F&R is ADOPTED and this case is DISMISSED. The Court determines that further leave to amend would be futile and so dismissal shall be without prejudice but without further leave to amend. Final judgment shall be entered accordingly.

It is so ORDERED and DATED this 31st day of July 2026.


s/ Ann Aiken
ANN AIKEN
United States District Judge